IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**VERONICA PRIDE**                                                                      **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 4:04CV47-P-B**

**FORD MOTOR COMPANY**                                       **DEFENDANT**

## ORDER DISMISSING CASE

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated January 23, 2006, was on that date duly served by regular mail upon the *pro se* plaintiff and defendant at their last known addresses, that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

l. That the Report and Recommendation of the United States Magistrate Judge dated January 23, 2006, is approved and adopted as the opinion of the Court;

2. That all of the claims of each plaintiff are hereby dismissed without prejudice based on plaintiffs' failure to prosecute and for failure to obey an Order of the Court; and

3. That the Clerk shall forthwith **CLOSE** this case.

**THIS**, the 23rd day of March, 2006.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE